AARON M. CLEFTON, Esq. (SBN 318680)
PAUL L. REIN, Esq. (SBN 43053)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Fax: 510/832-4787
info@reincleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiffs
ELIZABETH CHAVEZ and ERIC ROJAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHAVEZ and ERIC ROJAS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CEC ENTERTAINEMENT, INC.; M.C.A. AND ASSOCIATES; and 2445 FONTAINE ASSOCIATES,<br><br>　　　　Defendants. | CASE NO. 5:21-cv-08130-NC<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: October 18, 2021 |

### **STIPULATION**

Plaintiffs ELIZABETH CHAVEZ and ERIC ROJAS ("Plaintiffs") and Defendants CEC ENTERTAINEMENT, INC.; M.C.A. AND ASSOCIATES; and 2445 FONTAINE ASSOCIATES, ("Defendants") hereby stipulate and request, pursuant to FRCP Rule 41(a), that the Court order that all of Plaintiff's claims in this action against Defendants be dismissed with prejudice.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: February 1, 2022 | REIN & CLEFTON |

                                                                       */s/ Aaron M. Clefton*
By:  AARON M. CLEFTON, Esq.
Attorneys for Plaintiffs
 ELIZABETH CHAVEZ and ERIC ROJAS

Date: February 1, 2022                                                  ROUSSO & JACKEL

                                                            */s/ Jonathan Jackel*
JONATHAN JACKEL, Esq.
Attorneys for Defendants
CEC ENTERTAINEMENT, INC.; M.C.A. AND ASSOCIATES; and 2445 FONTAINE ASSOCIATES

## **FILER'S ATTESTATION**

      Pursuant to Local Rule 5-1, I hereby attest that on February 1, 2022, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Jonathan Jackel in the filing of this document.

                                          */s/ Aaron Clefton*
                                          Aaron Clefton

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: February 2, 2022

_____
Honorable Nathanael Cousins
U.S. Magistrate Judge

**GRANTED**
Judge Nathanael M. Cousins